**Haleigh Janee McBRIDE, individually & on behalf of IMS, Plaintiff–Appellant**

v.

**ESTIS WELL SERVICE, L.L.C., Defendant–Appellee.**

**Brian J. Suire, Plaintiff–Appellant**

v.

**Estis Well Service, L.L.C., Defendant–Appellee.**

**Saul C. Trouchet, Plaintiff–Appellant**

v.

**Estis Well Service, L.L.C., Defendant–Appellee.**

No. 12–30714.

United States Court of Appeals, Fifth Circuit.

Feb. 24, 2014.

Brian C. Colomb (argued), Elwood Clement Stevens, Jr. (argued), Esq., Domengeaux, Wright, Roy & Edwards, Lafayette, LA, Chad Flores, Esq., Russell S. Post, Beck Redden, L.L.P., Houston, TX, for Plaintiff–Appellant.

Alan K. Breaud, Timothy W. Basden (argued), Esq., Breaud & Meyers, A.P.L.C., Lafayette, LA, for Defendant–Appellee.

Lynne Liberato, William Feldman, Attorney, Haynes & Boone, L.L.P, Houston,

TX, Jeffrey Ross Bale, Lewis Eugene Henderson, Bale Law Firm, P.L.L.C., Sugar Land, TX, for Amicus Curiae.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.